# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 171 WAL 2022

               Respondent            :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

               v.                    :

TIMOTHY QUINN RODEHEAVER, SR.,    :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.